USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Carlos Maisonet-Lopez

Defendant.

21-cr-0661 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

A remote initial conference is scheduled for Defendant Maisonet-Lopez for **February 1, 2022, at 3:00 p.m.** The conference may be accessed at that time by dialing (917) 933-2166, 613078032#, access number 613 078 032#. All persons accessing the proceeding must mute their lines unless given permission to unmute. Any recording or rebroadcasting of any portion of the proceeding is strictly prohibited. Violations of this order can result in fines or other sanctions.

The in-person initial conference for Defendants Aponte-Guzman and Mr. Agramonte-Minaya will be held at 3:30 p.m. on February 1, 2022 in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, since they are proceeding in person and the Court cannot conduct a remote and in-person proceeding at the same time.

SO ORDERED.

Dated: January 26, 2022
New York, New York

_____
ALISON J. NATHAN
United States District Judge