UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Jorge Aponte-Guzman,
Nelson Agramonte-Minaya

Defendants.

21-cr-661 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court hereby schedules an initial conference for Defendants Aponte-Guzman and Agramonte-Minaya in this matter for **February 1, 2022, at 3:30 p.m.** The proceeding will take place in person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The Court will hear Mr. Agramonte-Minaya's bail application at the conference.

The initial conference for Defendant Maisonet-Lopez will be held at 3:00 p.m. on February 1, 2022, since he is proceeding remotely and the Court cannot conduct a remote and in-person proceeding at the same time. The Court will issue a separate order on how to access that conference telephonically.

SO ORDERED.

Dated: January 26, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge