UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JORGE APONTE-GUZMAN,
NELSON AGRAMONTE-MINAYA,
CARLOS MAISONET-LOPEZ,

               Defendants.

21-CR-661 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On April 1, 2022, this case was reassigned to the undersigned. The Court is available to try to this case on the scheduled date of June 6, 2022 – and intends to do so. To enable the Court to get up to speed on the case, and to set a schedule for pretrial submissions, the Court hereby schedules an in-person status conference for **April 13, 2022** at **10:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                 PAUL A. ENGELMAYER
                                                 United States District Judge

Dated: April 4, 2022
       New York, New York