UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JORGE APONTE-GUZMAN, et al.,

Defendants.

21-CR-661 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At today's status conference, the Court set the following schedule:

- **May 9, 2022**: The Government will file any 404(b) notice.

- **May 16, 2022**: The parties will file any opening motions *in limine*, their requests to charge, proposed voir dire, and proposed verdict forms.

- **May 23, 2022**: The parties will file any responses to motions *in limine*.

- **June 3, 2022**: The Court will hold a final pretrial conference at 2 p.m. in Courtroom 1305 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 13, 2022
New York, New York