DAVID ZAPP

46 East 92nd Street • Suite 2 • New York, New York, 10128 • 917-414-4651

ATTORNEY

DISTRICT OF COLUMBIA AND NEW YORK BARS

October 7, 2026

Hon. Paul A. Engelmayer
U.S. District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: United States vs. Jorge Aponte-Guzman S1 21-CR-661-01

Dear Judge Engelmayer:

I represent defendant Jorge Aponte-Guzman in the above-referenced matter. I write on his behalf to respectfully request permission to travel with his wife on a Caribbean cruise from November 21 through November 28, 2026. The cruise will make stops in the Bahamas and the Dominican Republic.

Mr. Aponte-Guzman has been on supervised release since his release from custody in September 2021 and has had no violations during that time. His probation officer, Jacob Thies, does not object to the proposed travel, and the Government has advised that it defers to Probation with respect to this request.

Because Mr. Aponte-Guzman does not currently have a passport, he also respectfully requests permission to apply for one through the U.S. Department of State. If a passport is issued, Mr. Aponte-Guzman will immediately notify his probation officer and surrender the passport to the Clerk of the Court. The passport would remain with the Clerk of the Court until his departure and would be returned to the Clerk of the Court within 72 hours after Mr. Aponte-Guzman returns home.

Accordingly, Mr. Aponte-Guzman respectfully requests that the Court grant him permission to travel from November 21 through November 28, 2026, as described above, and to apply for and obtain a passport for purposes of that travel.

Thank you for the Court's consideration of this request.

Very truly yours,

/s/ David Zapp, Esq.
Attorney for Jorge Aponte-Guzman

cc: AUSA Marguerite Colson
AUSA Kevin Mead
AUSA Samuel Rothschild
Probation Officer Jacob Thies (Northern District of Florida)

**GRANTED.** Upon return, the defendant is ordered to drop off his passport with the Clerk of Court in his district of residence. The Clerk of Court is requested to terminate the motion at Dkt. No. 161.

10/8/2026

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge